IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|        Plaintiff, ) | |
| ) | 8:08CR417 |
|    vs. ) | |
| ) | ORDER |
| OSVALDO RAMIREZ-HERNANDEZ, ) | |
|        Defendant. ) | |

    Defendant Osvaldo Ramirez-Hernandez appeared before the court on November 24, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [25] and an Initial Appearance on 8:09CR405.  The defendant was represented by Assistant Federal Public Defender Jessica P. Douglas and the United States was represented by Assistant U.S. Attorney Debra K. Robinson.  Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1).  Through counsel, the defendant declined to present any evidence on the issue of detention and otherwise waived a detention hearing.  The court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Chief Judge Bataillon.

    I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

    **IT IS ORDERED**:

    1.    A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **December 17, 2009 at 11:30 a.m.**  Defendant must be present in person.

    2.    The defendant is detained per order (#13) in 8:09CR405.

DATED this 25th day of November, 2009.

                                                      BY THE COURT:

                                                      s/ F. A. Gossett
                                                      United States Magistrate Judge